PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcia Coachman         Cr.: 0314-3:CR-99-00080-002 (MD/PA); 04-754 (D/NJ)

Name of Sentencing Judicial Officer: The Honorable James M. Munley
United States District Judge
Middle District of Pennsylvania (MD/PA)

Date of Original Sentence: 07/06/00

Original Offense: Conspiracy to Distribute and Possession with Intent to Distribute in Excess of 50 Grams of Cocaine Base

Original Sentence: BOP: 54 months; TSR: 3 years; Special Assessment: $100.00.

Type of Supervision: Supervised Release         Date Supervision Commenced: 02/25/03

Assistant U.S. Attorney: John C. Gurganus, Jr.         Defense Attorney: Gerard Karam

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | Offender was arrested on October 4, 2004, on a total of eight charges involving Possession of a Controlled Dangerous Substance (2 counts); Possession of a Controlled Dangerous Substance with Intent to Distribute (2 counts); Distribution of a Controlled Dangerous Substance (2 counts); and Distribution of a Controlled Dangerous Substance within 500 feet of a Public Housing Facility. |
| | She is currently being held in the Monmouth County Correctional Institution on a bail of $100,000.00. |

2     The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

Ms. Coachman failed to refrain from the use of illicit substances during the term of supervision and submitted urine samples on the following dates, which tested positive for cocaine: 7/21/04, 7/29/04, 7/22/04, and 9/9/04.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kenneth W. Manuel

U.S. Probation Officer
Date: 07/19/05

---

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7-27-05
Date