PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marcia Coachman                                Cr.: CR-04-754 (D/NJ)

Name of Sentencing Judicial Officer:  Honorable James M. Munley
                                      United States District Judge
                                      (Middle District of Pennsylvania [MD/PA])

Name of Newly Assigned Judicial Officer: Honorable James A. Greenaway, Jr.
                                         United States District Judge
                                         (Jurisdiction transferred to D/NJ effective October 18, 2004)

Date of Original Sentence: 07/6/00

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base

Original Sentence: Imprisonment - 54 Months; Supervised Release - 3 years; Special Assessment - $100

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/25/03

Assistant U.S. Attorney: John C. Gurganus, Jr.   Defense Attorney: Gerard Karam

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'** |
| | Offender was arrested on October 4, 2004, and charged with two counts of Possession CDS, two counts of Possession CDS with Intent to Distribute, two counts of Distribution of CDS, and two counts of Distribution of CDS within 500 feet of a Public Housing Facility.  Ms. Coachman pleaded guilty to Possession of CDS with Intent to Distribute within 500 feet of a Public Housing Facility on September 19, 2005, in Monmouth County Superior Court. |
| 2 | The offender has violated the supervision condition which states **'Unlawful substance use.'** |

The offender submitted to urinalysis screening, and samples tested positively for the presence of cocaine on 7/21/04, 7/22/04, 7/29/04, and 9/9/04.

I declare under penalty of perjury that the foregoing is true and correct.

By: David D. Hancke
U.S. Probation Officer
Date: 11/15/06

THE COURT ORDERS:

[ ✓ ] The Issuance of a Summons. Date of Hearing: 2/13/07 at 10:00 am
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

1-22-07

Date