# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Marcia Coachman                                   Cr.: 04-754
                                                                                 PACTS #: 26006

Name of Sentencing Judicial Officer: Honorable James M. Munley
                                                    United States District Judge
                                                    (Middle District of Pennsylvania [MD/PA])

Name of Newly Assigned Judicial Officer: Honorable James A. Greenaway Jr.
                                                       United States District Judge
                                                       (Jurisdiction transferred October 5, 2004)

Date of Original Sentence: July 6, 2000

Original Offense: Conspiracy to Distribute and Possess with Intent to Distribute in Excess of 50 Grams of Cocaine Base

Original Sentence: Imprisonment - 54 months; Supervised Release - 3 years; Special Assessment - $100;

Violation of Supervised Release - February 27, 2007: Imprisonment - one day; Supervised release - 30 months;

<u>Type of Supervision:</u> Supervised Release                     Date Supervision Commenced: June 19, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

<u>Violation Number</u>    <u>Nature of Noncompliance</u>

1                  The offender has violated the supervision condition which states **'As a condition of supervision, the offender shall refrain from the illegal possession and /or use o drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the offender shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The offender shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'**

                   The offender tested positive for cocaine on April 20, 2009, at the Community YMCA Treatment Program.

2                  The offender has violated the supervision condition which state **'As a condition of supervision, the offender shall not commit another federal, state, or local crime during the term of supervision.'**

On May 6, 2009, the offender was placed under arrest by the Middletown Police, at which time she reported to headquarters for questioning. The offender allegedly stole several pieces of jewelry and some cash from her next door neighbor. She was issued a summons for Theft under $500, and she was released on her own recognizance. The matter is pending, and there is no court date for this matter at this time.

U.S. Probation Officer Action:

The offender has been directed to participate in Intensive Outpatient Treatment, and monthly contact will be maintained with this office. She will continue to undergo testing for the use of illegal substances. We will keep the Court apprized of the new criminal matter, which is pending in Middletown Municipal Court. At this time, we are requesting no Court intervention.

Respectfully submitted,

By: Monica Martin
U.S. Probation Officer
Date: 06/15/09

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] No action at this Time
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

6-30-09
Date